# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-013-MOC-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY MUTUAL GROUP, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| LLOYD LOUCHEZ and OFFICIAL INSURANCE, LLC, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Theodore F. Mitchell, concerning Scott McConchie on January 11, 2019. Scott McConchie seeks to appear as counsel *pro hac vice* for Plaintiffs Liberty Mutual Insurance Company and Liberty Mutual Group, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED**. Scott McConchie is hereby admitted *pro hac vice* to represent Plaintiffs Liberty Mutual Insurance Company and Liberty Mutual Group, Inc.

**SO ORDERED**.

Signed: January 11, 2019

David C. Keesler
United States Magistrate Judge