IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-013-KDB-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY MUTUAL GROUP, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER OF DISMISSAL** |
| | ) |
| OFFICIAL INSURANCE, LLC, and LLOYD LOUCHEZ, | )<br>)<br>) |
| Defendants. | ) |

Plaintiffs and Defendants in the above-captioned matter have reported this matter settled, as reflected in the "Joint Motion to Approve Settlement" (Document No. 13) filed on October 4, 2019. That motion is now moot, as the parties have informed the Court that they have incorporated the terms of their stipulated injunction into their settlement agreement. However, the parties have requested that the Court retain jurisdiction of this matter in the event that the parties later have a dispute about their contract or, pursuant to it, are permitted to file an agreed-upon stipulation for judgment. After having considered the request and the record, the Court will grant the parties' request.

**IT IS, THEREFORE, ORDERED** that, pursuant to Fed. R. Civ. P. 41, this action is dismissed, with prejudice, except that the Court will retain jurisdiction of this matter in the event that a dispute arises under the settlement agreement or circumstances warrant the filing of the stipulation for judgment, in which case any such filings may be filed under Civil Action No. 3:19-cv-00013-KDB-DCK.

**SO ORDERED.**   Signed: October 24, 2019

Kenneth D. Bell
United States District Judge