# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Liberty Mutual Insurance Company ) | | JUDGMENT IN CASE |
| Liberty Mutual Group, Inc., ) | | |
| ) | | |
| Plaintiff(s), ) | | 3:19-cv-00013-KDB-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| Official Insurance, LLC ) | | |
| Lloyd Louchez, ) | | |
| ) | | |
| Defendant(s), ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2019 Order.

October 24, 2019

Frank G. Johns, Clerk
United States District Court